Catherine A. **CRANE,** Plaintiff–Appellant,

v.

**PINELAND MENTAL HEALTH,** Mental Retardation & Substance Abuse Community Service Board, Defendant–Appellee.

No. 07–10861

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 1, 2007.

W. Douglas Adams, Brunswick, GA, for Plaintiff–Appellant.

Patricia J. Craft, Patricia J. Craft, P.C., Decatur, GA, for Defendant–Appellee.

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Catherine A. Crane appeals the summary judgment in favor of Pineland Mental Health, Mental Retardation & Substance Abuse Community Service Board and against her complaint for unpaid overtime compensation under the Fair Labor Standards Act. We review a summary judgment *de novo. Cuvillier v. Rockdale County*, 390 F.3d 1336, 1338 (11th Cir. 2004). Crane argues that Pineland waived its defense of sovereign immunity by failing to raise that defense in its initial answer. Crane's argument is frivolous.

As acknowledged by Crane in her statement of facts, the magistrate judge allowed Pineland to amend its answer to include the defense of sovereign immunity, and Crane does not offer *any* argument that the decision of the magistrate judge to allow that amendment was in error. Pineland did not waive its defense of sovereign immunity. To the extent that Crane also argues that the admission by Pineland that it is subject to the Fair Labor Standards Act somehow defeats its immunity from suit for damages, that argument is baseless.

The summary judgment is

**AFFIRMED.**